UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOE HAND PROMOTION INC., <br><br> Plaintiff, <br><br> v. <br><br> EDSCO INCORPORATED, et al., <br><br> Defendants. | 1:19-cv-12750-NLH-JS <br><br> **ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  28th  day of July 2020,

ORDERED that Plaintiff's Motion for Default Judgment [ECF No. 8] is GRANTED; and it is further

ORDERED that Plaintiff is granted leave to submit an application for reasonable attorney's fees for purposes of determining the final amount of the judgment to be entered.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.